**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
nick@wajdalaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNNYDAY GATHINGS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CYPRESS PROFESSIONAL SERVICES, INC. d/b/a CYPRESS COLLECTION SERVICES,<br><br>　　　　Defendant. | Case No. **2:20-cv-00565-JAM-CKD**<br><br>**ORDER** |

Plaintiff, SUNNYDAY GATHINGS, by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her d Motion to Extend Deadline to File Dismissal Documents and the Court having reviewed same, hereby ORDERED.

1. Parties shall have until July 20, 2020 to file their dismissal documents.

Dated:　June 18, 2020　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court