WAJDA LAW GROUP, APC
Nicholas M. Wajda ( State Bar No. 259178)
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286--8433
nick@wajdalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNNYDAY GATHINGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYPRESS PROFESSIONAL SERVICES, INC. d/b/a CYPRESS COLLECTION SERVICES,<br><br>　　　　Defendant. | Case No. 2:20-cv-00565-JAM-CKD<br><br>**ORDER** |

　　　Plaintiff, SUNNYDAY GATHINGS ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. , having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

　　　IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: July 13, 2020

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　Judge, U.S. District Court

1